## IN THE UNITED STATES DISTRICT COURT
## OR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TIMOTHY FELTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | 18-CV-01111 RLW |
| ) | |
| SAFRON LOGISTICS, ) | |
| MICHAEL MATHENGE ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

NOW COME the Defendants by and through their undersigned counsel, and for their Motion for Extension of Time to complete mediation, state the following:

1. The Court entered an Order referring this case to Alternative Dispute Resolution on May 1, 2019, with said ADR conference to be completed on or before June 14, 2019. (Doc. 22).

2. The aforementioned deadline was subsequently extended through June 21, 2019 due to availability of the selected mediator, Judge Mark Siegel. (Doc. 26).

3. Although the parties have been working diligently to secure the deposition of Defendant Mathenge, who is no longer employed by Defendant Safron Logistics, Mr. Mathenge has not yet been deposed. (See Doc. 29). Plaintiff was deposed on May 14, 2019.

4. On June 18, 2019, counsel for Defendants had a telephone conference with counsel for Plaintiff. During that telephone conference, counsel for Plaintiff suggested that Plaintiff will use the fact that Mr. Mathenge has not yet been deposed as leverage in the mediation. Shortly thereafter, Plaintiff made his pre-mediation demand, and it became clear that the parties are currently too far apart for mediation to be productive.

5. Fed.R.Civ.P. 6(b)(1)(A) provides for extensions of time on motion before the expiration of the deadline for good cause.

6. Defendants assert good cause exists in that mediation will be more appropriate after the close of discovery, which is currently set for August 2, 2019. (Doc. 12)

7. Defendants make this motion in good faith and not for the purpose of delay. No party will be prejudiced by the relief sought.

8. Defendants respectfully request an extension of the deadline to complete Mediation from June 21, 2019 to September 30, 2019.

WHEREFORE, Defendants requests this Honorable Court to enter an order extending the deadline for completion of mediation to September 30, 2019 and for such other relief as is just and proper.

    Respectfully submitted,
    Michael Mathenge and Safron Logistics

By:    */s/ Michael S. Weisenbach*
      One of His attorneys

Michael F. Daniels, Esq.
MO Bar # 56323
Daniel E. Tranen, Esq.
MO Bar #48585
Michael S. Weisenbach, Esq.
MO Bar #68656
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
101 West Vandalia Street, Suite 220
Edwardsville, Illinois 62025
(618) 307-4972
michael.weisenbach@wilsonelser.com

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using ECF system on this 20th day of June, 2019, which shall send a notice of electronic filing to all counsel of record.

                                              */s/Michael S. Weisenbach*